UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BERNARD L. MADOFF | ] | |
|---|---|---|
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:10-mc-0065 |
| | ] | Judge Echols |
| DOLLY PARTON, et al. | ] | |
| Defendants. | ] | |

### O R D E R

The Court has before it a *pro se* prisoner petition (Docket Entry No. 1) for a preliminary injunction. The plaintiff has neglected, however, to either pay the fee required for the filing of the petition ($350) or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the requisite filing fee or provide a properly completed and signed application to proceed in forma pauperis. For the plaintiff's convenience, the Clerk will send him a blank application to proceed in forma pauperis.

The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the petition will be filed, the filing fee will be assessed against him and collected from his inmate trust account, and this action will be dismissed for want of prosecution.

It is so ORDERED.

Robert L. Echols
United States District Judge